

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

**COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983**

Action Number 3:14CV570
(To be supplied by the Clerk. U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I.   PARTIES**

A.   Plaintiff:

1.   (a) Thomas Johnson         (b) 1098068
        (Name)                          (Inmate number)

   (c) 192 Spitler Circle
        (Address)
   Greenville, VA 24440

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B.   Defendant(s):

1.   (a) Linda Montalbano       (b) Work Release
        (Name)                          (Title/Job Description)

   (c) P.O. Box 26963
        (Address)
   Richmond, VA 23261-6963

2

2. (a) **Thomas Redman**  (b) **Superintendent**
   (Name)                  (Title/Job Description)

   (c) **192 Spitler Circle**
       (Address)
   **Greenville, VA 24440**

3. (a) **James Parks**  (b) **Director OHS**
   (Name)                (Title/Job Description)

   (c) **P.O. Box 26963**
       (Address)
   **Richmond, VA 23261-6963**

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

II.   **PREVIOUS LAWSUITS**

A.   Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [X]

B.   If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1.   Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2.   Court (if federal court, name the district; if state court, name the county):

   _____

   3.   Date lawsuit filed: _____

   4.   Docket number: _____

3

5. Name of Judge to whom case was assigned: _____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) : _____

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: **James River Work Center/Cold Springs Work Center**

B. Does the institution listed in "A" have a grievance procedure? Yes [X] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [X] No [ ]
2. If so, where and when: **Cold Springs Work Center/May 29, 2014**
3. What was the result? **Unfounded**

4. Did you appeal? Yes [X] No [ ]
5. Result of appeal: **Unfounded**

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [X]

If your answer is Yes, what steps did you take? _____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities: **There is a grievance procedure.**

4

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I was disapproved for Work Release due to lengthy criminal history, by Mrs. Linda Montalbano. I have 2 state numbers assigned to me. I do not understand how this can be considered a lengthy criminal history. I want to transition back into society. I entered a complaint of harrassment on Lt. Couley at (DMCC), as a Sgt. (Mrs. Bland) told me that I would not make Work Release because I entered the complaint. I was denied the day after I transferred from (DMCC). I personally know 2 others currently on Work Release, with the same amount of convictions for Dist. of Cocaine if not more. Richard Robinson and Elliot Winslow. I have known each one over 20 years. I was the head tutor at James River Work Center, and I could see their files. My final Level (II) was not answered in time. Violation of my due process.

5

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __JH__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__X__ Award money damages in the amount of $ __25,000__

____ Grant injunctive relief by _____

____ Other _____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

Deep Meadow Correctional Center (DMCC) 5/28/14
Cold Springs Work Center 192 Spitler Circle, Greenville, VA 24440
(DMCC 3500 Woods Way State Farm, VA 23160)

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [X] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __10th__ day of __August__, 20 __14__.

Plaintiff __[signature]__

6